```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

BLUESTONE COAL CORPORATION,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:07-00549

CNX LAND RESOURCES, INC.,
and CONSOL ENERGY, INC.,

    Defendants.

### MEMORANDUM OPINION AND JUDGMENT ORDER

Pending before the court is defendants' motion to dismiss Count II of plaintiff's complaint (doc. # 217). For the reasons expressed in the court's Memorandum Opinion and Order of November 16, 2007 (doc. # 31), and the Memorandum Opinion and Order of December 13, 2007 (doc. # 45), the motion is GRANTED.

The Clerk is directed to send copies of this Memorandum Opinion and Judgment Order to all counsel of record.

**IT IS SO ORDERED** this 23rd day of June, 2009.

                                          ENTER:

                                      David A. Faber
                                      Senior United States District Judge