IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Bluefield

BLUESTONE COAL CORPORATION,

      Plaintiff,

vs.                                               CIVIL ACTION NUMBER: 1:07-CV-0549

CNX LAND RESOURCES INC.,
CONSOL ENERGY INC.,

      Defendants.

## JOINT NOTICE OF SETTLEMENT

The parties, by their counsel, hereby jointly notify the Court that a settlement of this litigation has been reached. Appropriate documentation reflecting the settlement will be submitted to the Court within thirty (30) days of this Notice.

                                                            Respectfully submitted,

                                                            s/ Paul T. Tucker
                                                            Of Counsel for Plaintiff

**Paul T. Tucker, Esq.** (W.Va. Bar No. 3811)
**Anthony I. Werner, Esq.** (W.Va. Bar No. 5203)
**Jeffrey A. Grove, Esq.** (W.Va. Bar No. 6065)
BACHMANN, HESS, BACHMANN & GARDEN, P.L.L.C.
P.O. Box 351
Wheeling, WV 26003
(304) 233-3511

                                                            s/ Stephen P. McGowan
                                                           Of Counsel for Defendants

**Steven P. McGowan, Esq.** (W.Va. Bar No. 2460)
**Nora C. Price, Esq.** (W.Va. Bar No. 6948)
**Robert L. Bailey, Esq.** (W.Va. Bar No. 8902)
STEPTOE & JOHNSON, P.L.L.C.
P.O. Box 1588
Charleston, WV 25326-1588
(304) 353-8000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Bluefield

BLUESTONE COAL CORPORATION,

    Plaintiff,

vs.                               CIVIL ACTION NUMBER: 1:07-CV-0549

CNX LAND RESOURCES INC.,
CONSOL ENERGY INC.,

    Defendants.

## CERTIFICATE OF SERVICE

    Service of the foregoing **JOINT NOTICE OF SETTLEMENT** was had upon defendants by forwarding a true and complete copy to their attorneys last known address shown below, this 19th day of August, 2009, as follows:

Steven P. McGowan, Esq.
mcgowasp@steptoe-johnson.com
clayr@steptoe-johnson.com
Robert L. Bailey, Esq.
baileyrl@steptoe-johnson.com
wm8s_8@yahoo.com
Steptoe & Johnson, P.L.L.C.
P.O. Box 1588
Charleston, WV 25326-1588
*(Via Electronic Service)*

Nora Clevenger Price, Esq.
nora.price@steptoe-johnson.com
STEPTOE & JOHNSON, P.L.L.C.
P.O. Box 2195
Huntington, WV 25722-2195
*(Via Electronic Service)*

and

Robert M. Vukas, Esq.
Consol Energy, Inc.
CNX Center
1000 Consol Energy Drive
Canonsburg, PA 15317-6506
*(Via U.S. Mail)*

s/Paul T. Tucker
Of Counsel for Plaintiff

**PAUL T. TUCKER, ESQ.**
(W.Va. Bar No. 3811)
**ANTHONY I. WERNER, ESQ.**
(W.Va. Bar No. 5203)
**JEFFREY A. GROVE, ESQ.**
(W.Va. Bar No. 6065)
BACHMANN, HESS, BACHMANN & GARDEN, P.L.L.C.
1226 Chapline Street
P.O. Box 351
Wheeling, WV 26003
Telephone: (304) 233-3511
Fax: (304) 233-3199