

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BLUEFIELD

**BLUESTONE COAL CORPORATION,**

   *Plaintiff,*

*v.*                                                                    **CIVIL ACTION NO. 1:07-CV-0549**

**CNX LAND RESOURCES, INC.** *and*
**CONSOL ENERGY INC.,**

   *Defendants.*

## AGREED ORDER OF DISMISSAL

As part of a global resolution of disputes, the parties hereby submit to the Court this Agreed Order, whereby this case is dismissed with prejudice. The parties have agreed to the Court retaining jurisdiction to resolve any dispute arising out of or relating to the settlement agreement. The parties also agreed that the prevailing party in any such dispute would be entitled to recover attorney's fees. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE and stricken from the docket of the Court.

ENTER:

David A. Faber
Senior United States District Judge

5276922

AGREED TO BY:

| | |
|---|---|
| /s/ Steven P. McGowan | /s/ Anthony I. Werner |
| Steven P. McGowan (W. Va. Bar No. 2460) | Paul T. Tucker (W. Va. Bar No. 3811) |
| Robert L. Bailey (W. Va. Bar No. 8902) | Anthony I. Werner (W. Va. Bar No. 5203) |
| STEPTOE & JOHNSON PLLC | Jeffrey A. Grove (W. Va. Bar No. 6065) |
| P.O. Box 1588 | BACHMANN, HESS, BACHMANN |
| Charleston, W. Va. 25326-1588 | & GARDEN, P.L.L.C. |
| Voice: 304.353.8000 | 1226 Chapline Street |
| Fax: 304.353.8180 | P.O. Box 351 |
| *Counsel for Defendants* | Wheeling, W. Va. 26003 |
| | *Counsel for Plaintiff* |

Nora Clevenger Price (W. Va. Bar No. 6948)
STEPTOE & JOHNSON PLLC
P.O. Box 2195
Huntington, W. Va. 25526-2195
Voice: 304.526.8082
Fax: 304.526.8089
    *Counsel for Defendants*

Robert M. Vukas (W. Va. Bar No. 3882)
CONSOL Energy Inc.
CNX Center
1000 CONSOL Energy Drive
Canonsburg, PA  15317-6506
Voice:  724.485.4394
Fax:  724.485.4837
    *Counsel for Defendants*